# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWARD POTTS,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:10-cv-314-Orl-22GJK**

**EVENT SUPPORT GROUP, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Final Judgement (Doc. No. 12) filed on May 11, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 17, 2010 (Doc. No. 14) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgement (Doc. No. 12) is GRANTED.

3. The Clerk is directed to enter a Final Default Judgement providing that Plaintiff, EDWARD POTTS, recover of the Defendant EVENT SUPPORT GROUP, INC., the sum of $1245.00 for overtime wages and liquidated damages, plus costs of $400.00, for a total of $1645.00.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 2, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge